**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MICHAEL BRENT,<br><br>    Plaintiff,<br><br>vs.<br><br>LIFE INSURANCE COMPANY OF NORTH AMERICA,<br><br>    Defendant. | Case No. 2:23-cv-08634 KK (BFMx)<br><br>**ORDER GRANTING STIPULATION TO DISMISS ENTIRE ACTION WITH PREJUDICE**<br><br>Judge: Hon. Kenly Kiya Kato |

Based upon the stipulation of the parties and for good cause shown, IT IS HEREBY ORDERED that this action is dismissed in its entirety as to all defendants with prejudice.

IT IS FURTHER ORDERED that each party shall bear his or its own attorneys' fees and costs in this matter.

**IT IS SO ORDERED.**

Dated: March 13, 2024

_____
Hon. Kenly Kiya Kato
United States District Court Judge